**BLANK ROME LLP**
*A Pennsylvania LLP*
JONATHAN M. KORN
New Jersey Resident Partner
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-7707
Jonathan.Korn@BlankRome.com

*Attorneys for Defendants BTC III Hamilton DC LLC and Ares Management, LLC*

So ordered this 30th day of September, 2024.

_____
Robert Kirsch, U.S.D.J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EXPERIOR GLOBAL WAREHOUSING, LLC and LYNX HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BTC III HAMILTON DC LLC; ARES MANAGEMENT, LLC; and BLACKCREEK GROUP, LLC,<br><br>Defendants. | Civil Action No. 3:23-cv-08472-RK-JBD<br><br>*Electronically Filed*<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

It is hereby stipulated and agreed by and between Plaintiffs Experior Global Warehousing, LLC and Lynx Holdings, LLC ("Plaintiffs") and Defendants BTC III Hamilton DC LLC and Ares Management, LLC ("Defendants"), that through themselves or their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that all claims and counterclaims in the above-captioned case be dismissed with prejudice. Each party shall bear their own costs. The Court retains jurisdiction over the parties and the subject matter to the extent necessary to enforce the Settlement Agreement between Plaintiffs and Defendants.

| | |
|---|---|
| *s/ Thomas M. Reardon III*<br>Thomas M. Reardon III, Esq.<br>REARDON ANDERSON, LLC<br>55 Gilbert Street N<br>Building 2, Suite 2204<br>Tinton Falls, NJ 07701<br>treardon@reardon@reardonanderson.com<br><br>*Attorneys for Plaintiffs Experior Global Warehousing, LLC and Lynx Holdings, LLC*<br><br>Dated: September 20, 2024 | *s/ Jonathan Korn*<br>Jonathan M. Korn, Esq.<br>New Jersey Resident Partner<br>BLANK ROME LLP<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540<br>Jonathan.Korn@BlankRome.com<br><br>*Attorneys for Defendants BTC Hamilton DC LLC and Ares Management, LLC*<br><br>Dated: September 20, 2024 |

167619.00604/150584541